# United States Bankruptcy Court

0058-1L-EPICXX-00525300-881099

For The
District of Nebraska

**IN RE:**   RICARDO ANTONIO PERAZA

CASE NUMBER   16-80248-TLS
CLAIM NUMBER   003

DEBTOR(S)

(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   0088

BASS & ASSOCIATES
3936 E FORT LOWELL RD STE 200
TUCSON, AZ 85712

AMOUNT:                              7,211.35

Classified as:                       Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 05/06/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
_____
Kathleen A. Laughlin

BASS & ASSOCIATES
3936 E FORT LOWELL RD STE 200
TUCSON, AZ 85712