**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE DISTRICT OF NEBRASKA**

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | CASE NO: 16-80248 |
| | ) | |
| Ricardo Antonio Peraza | ) | CHAPTER 13 |
| | ) | |
| | ) | |
| | ) | |
| Debtor | ) ) | |

**STIPULATED ORDER CONFIRMING PLAN**

(Fil. #4)

This matter comes on for confirmation of the Debtor(s) Chapter 13 plan (Fil. #10, as amended or modified by Fil.(s) # n/a).
The Court finds:

1. There has been compliance with the provisions of 11 U.S.C. section 1301 *et seq.*, fees required to be paid have been paid, and the plan has been proposed in good faith and not by any means forbidden by law.

2. The value of property to be distributed under the plan on account of each allowed unsecured claim is not less than the amount that would be paid on said claim if the Debtor(s)'s estate were liquidated under Chapter 7 on the effective date of the plan.

3. With respect to each allowed secured claim provided for by the plan -

    A. the holder of such claim has accepted the plan;

    B. i.   the plan provides that the holder of such claim retain the lien securing such       claim;

    ii.   the value, as of the effective date of the plan, of property to be distributed under the plan on account of such claim is not less than the allowed amount of such claim; or
    the debtor surrenders the property securing such claim to such holder; and

    C. the debtor surrenders the property securing such claim to such holder; and

4. The plan is feasible.

5. Attorney fees are allowed as stated in the Chapter 13 plan.

6. For cause shown, plan payments may exceed three (3) years as provided in the plan.
7. SAC FEDERAL CREDIT UNION shall be entitled to a secured claim in the amount of $15,062.80 (Claim #2). The Chapter 13 Trustee shall pay this claim in full at an interest rate of 5.5% from available funds. That 11 USC §506 valuation does not apply to SAC FEDERAL CREDIT UNION Proof of Claim #2.
8. The Trustee shall make adequate protection payment to SAC FEDERAL CREDIT UNION in the amount of $100.00 per month (Claim #2), said payments continuing up to and after confirmation, until such time as the Trustee begins regular distributions to secured creditors under Debtors' Chapter 13 Plan.

IT IS HEREBY ORDERED, that the plan is confirmed.

DATED: May 19, 2016

BY THE COURT:

/s/Thomas L. Saladino
United States Bankruptcy Judge

Approved as to form and content:

SAC FEDERAL CREDIT UNION, Creditor

BY: *[signature]*
**Brandon R. Tomjack**
Baird Holm LLP
1700 Farnam Street
Suite 1500
Omaha, NE 68102-2068


Prepared and submitted by:
Bruce C. Barnhart
12100 West Center Road, Suite 519
Omaha, NE 68124
(402) 934-4430
Attorney for Debtor(s)

Notice given to:


Movant(*) is responsible for giving notice of this journal entry to all other parties (that are not listed above) if required by rule or statute.