# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** RICARDO ANTONIO PERAZA

DEBTOR(S)

CASE NUMBER  16-80248-TLS
CLAIM NUMBER  014
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.: 4823

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC
PO BOX 2011
WARREN, MI 48090

AMOUNT: 3,193.33
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 05/23/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC
PO BOX 2011
WARREN, MI 48090

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   RICARDO ANTONIO PERAZA

                                                CASE NUMBER   16-80248-TLS
                                                CLAIM NUMBER  008
       DEBTOR(S)                                (CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

   A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

   If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

   If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

                                        Account No.:  8252

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC         AMOUNT:                    389.30
PO BOX 2011                               Classified as:            Unsecured
WARREN, MI 48090

   **INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED:  05/23/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                                    s/ Kathleen A. Laughlin
                                    Kathleen A. Laughlin

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC
PO BOX 2011
WARREN, MI 48090

# United States Bankruptcy Court

For The
District of Nebraska

IN RE:   RICARDO ANTONIO PERAZA

        DEBTOR(S)

CASE NUMBER   16-80248-TLS
CLAIM NUMBER  005
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at: 402.530.1879

Account No.:   8215

FLAGSTAR BANK
5151 CORPORATE DRIVE
TROY, MI 48098

AMOUNT:                   519.06
Classified as:            Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.  UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.  OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 05/23/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

                        s/ Kathleen A. Laughlin
                        Kathleen A. Laughlin

FLAGSTAR BANK
5151 CORPORATE DRIVE
TROY, MI 48098

# United States Bankruptcy Court

For The
District of Nebraska

IN RE: RICARDO ANTONIO PERAZA

DEBTOR(S)

CASE NUMBER 16-80248-TLS
CLAIM NUMBER 004
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 8215

FLAGSTAR BANK
5151 CORPORATE DRIVE
TROY, MI 48098

AMOUNT: 77,670.80
Classified as: Secured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 05/23/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

FLAGSTAR BANK
5151 CORPORATE DRIVE
TROY, MI 48098

# United States Bankruptcy Court

For The
District of Nebraska

| | |
|---|---|
| **IN RE:** RICARDO ANTONIO PERAZA | CASE NUMBER 16-80248-TLS |
| | CLAIM NUMBER 007 |
| DEBTOR(S) | (CHAPTER 13) |

## ACKNOWLEDGMENT OF CLAIM

    A claim on your behalf has been received and examined by the Trustee.  The Trustee has reviewed your claim and recorded it as follows.

    If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

    If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at:   13930 Gold Circle, Suite 201, Omaha, NE  68144-2304 or by fax at:  402.530.1879

Account No.: 7266

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC
PO BOX 2011
WARREN, MI 48090

AMOUNT: 1,750.32
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT.   UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN.   OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 05/23/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

    s/ Kathleen A. Laughlin
    Kathleen A. Laughlin

MIDLAND CREDIT MANAGEMENT
AS AGENT FOR MIDLAND FUNDING, LLC
PO BOX 2011
WARREN, MI 48090