# United States Bankruptcy Court

For The
District of Nebraska

**IN RE:** RICARDO ANTONIO PERAZA

DEBTOR(S)

CASE NUMBER 16-80248-TLS
CLAIM NUMBER 006
(CHAPTER 13)

## ACKNOWLEDGMENT OF CLAIM

A claim on your behalf has been received and examined by the Trustee. The Trustee has reviewed your claim and recorded it as follows.

If your claim has been split between two or more classifications, this acknowledgment applies only to the portion classified as shown below.

If the manner in which your claim has been recorded is different from the manner in which you claimed it, you should contact the Trustee in writing within 60 days at: 13930 Gold Circle, Suite 201, Omaha, NE 68144-2304 or by fax at: 402.530.1879

Account No.: 4407

FIRST NATIONAL BANK
C/O BRUMBAUGH & QUANDAHL
4885 S 118TH ST STE 100
OMAHA, NE 68137-2241

AMOUNT: 4,190.31
Classified as: Unsecured

**INTEREST IS PAID ON CLAIMS ONLY IF THE PLAN PROVIDES FOR IT. UNLESS OTHERWISE PROVIDED, INTEREST IS PAID ONLY FROM CONFIRMATION AND AT THE RATE SPECIFIED IN THE PLAN. OVER-SECURED CREDITORS CLAIMING PRE-CONFIRMATION INTEREST MUST INSURE THAT THE PLAN SPECIFICALLY PROVIDES FOR PAYMENT OF PRE-CONFIRMATION INTEREST.**

DATED: 07/06/2016

Trustee certifies that a copy of the above and foregoing Acknowledgement of Claim was mailed to the creditor named above at the address listed.

s/ Kathleen A. Laughlin
Kathleen A. Laughlin

FIRST NATIONAL BANK
C/O BRUMBAUGH & QUANDAHL
4885 S 118TH ST STE 100
OMAHA, NE 68137-2241